FILED
Aug 18 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ RC       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>BENJAMIN MADRIGAL-BIRRUETA (1),<br>  aka "Mr. T",<br>  aka "Tony",<br>JOSE ALFREDO ORIZABA-ZENDEJAS (2),<br>BENITO MADRIGAL-BIRRUETA (3),<br><br>             Defendants. | Case No. '23 CR1684 RBM<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Sec. 848(a) – Continuing Criminal Enterprise; Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Methamphetamine, Fentanyl and Cocaine; Title 21, U.S.C., Secs. 952, 960, and 963 – Conspiracy to Import Methamphetamine and Cocaine; Title 18, U.S.C., Sec. 924(c)(1)(A)(i) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 18, U.S.C., Sec. 1956(h) – Conspiracy to Launder Money; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Secs. 924(d) and 982, and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury, but at least as early as April 16, 2022, and continuing up to and including April 4, 2023, within the Southern District of California, the Eastern

SW:nlv:San Diego:8/17/23

1  District of Washington, the Eastern District of California, and
2  elsewhere, defendant BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T",
3  aka "Tony", did knowingly and intentionally engage in a continuing
4  criminal enterprise by violating various felony provisions of the
5  Controlled Substances Act (Title 21, United States Code, Sections 801,
6  et seq.), including but not limited to Title 21, United States Code,
7  Sections 841(a)(1) and 846, as alleged in Count 2 and elsewhere, and
8  Sections 952, 960 and 963, as alleged in Count 3, which violations were
9  part of a continuing series of violations of said Act and were undertaken
10 by defendant in concert with five or more other persons with respect to
11 whom defendant occupied a position of organizer, supervisor and other
12 positions of management, and from which such continuing series of
13 violations defendant obtained substantial income and resources.
14 All in violation of Title 21, United States Code, Section 848(a).

### Count 2

16    Beginning on a date unknown to the grand jury, but no earlier than
17 May 12, 2019, and continuing up to and including April 4, 2023, within
18 the Southern District of California, and elsewhere, defendants BENJAMIN
19 MADRIGAL-BIRRUETA, aka "Mr. T", aka "Tony", JOSE ALFREDO ORIZABA-
20 ZENDEJAS, and BENITO MADRIGAL-BIRRUETA, did knowingly and intentionally
21 conspire with other persons known and unknown to the grand jury to
22 distribute 50 grams and more of methamphetamine (actual), a Schedule II
23 Controlled Substance; 400 grams and more of a mixture and substance
24 containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-
25 piperidinyl] propanamide (commonly known as fentanyl), a Schedule II
26 Controlled Substance; and 5 kilograms and more of cocaine, a Schedule II
27 Controlled Substance; all in violation of Title 21, United States Code,
28 Sections 841(a)(1) and 846.

## Count 3

Beginning on a date unknown to the grand jury, but no earlier than May 12, 2019, and continuing up to and including April 4, 2023, within the Southern District of California, and elsewhere, defendant BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T", aka "Tony", did knowingly and intentionally conspire with other persons known and unknown, to import 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; and 5 kilograms and more of cocaine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 952, 960 and 963.

## Count 4

On or about April 4, 2023, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendant BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T", aka "Tony", knowingly possessed a firearm, to wit: one (1) Glock Model 19X Pistol with serial number BUC468, in relation to, and in furtherance of a drug trafficking crime, for which the defendant may be prosecuted in a court of the United States, namely Conspiracy to Distribute Methamphetamine, Fentanyl, and Cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as alleged in Count 2; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Count 5

Beginning on a date unknown to the grand jury, but no earlier than May 12, 2019, and continuing up to and including April 4, 2023, within the Southern District of California, and elsewhere, defendant BENJAMIN

3

MADRIGAL-BIRRUETA, aka "Mr. T", aka "Tony", did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the transfer of United States currency, which involved the proceeds of a specified unlawful activity, to wit, drug trafficking, with the intent to promote the carrying on of specified unlawful activity, to wit, drug trafficking, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); all in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 5 above are realleged herein and incorporated as a part hereof for purposes of seeking forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of one and more of the offenses alleged in Counts 1 through 3 of this Indictment and pursuant to Title 21, United States Code, Section 853(a), defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T", aka "Tony", JOSE ALFREDO ORIZABA-ZENDEJAS, and BENITO MADRIGAL-BIRRUETA, shall forfeit to the United States any property, real and personal, which constitutes and is derived from proceeds traceable to the offenses, and any property used, in any manner and part, to commit and to facilitate the commission of the violations.

The property to be forfeited includes, but is not limited to, the following firearms:

4

| Make/Model | Serial No. |
|---|---|
| Marlin .22 Rifle | N/A |
| Black AR-15 | N/A |
| AR-15 Rifle- Model: FC-1135 | N/A |
| M9 Beretta 9MM | A55Y9346487-65490 |
| TP9 Canik 9MM Caliber Handgun | 20BN07376 |
| AR-15 Rifle | 21195799 |
| Keltec .22 Caliber AR-15 Rifle | Y6F40 |
| Jericho Handgun | IIM |
| Keltec P32 Handgun | D5292 |
| Springfield Saint AR-15 Rifle | 9T145582 |
| Ruger AR-15 Rifle | 854-21779 |
| Palmetto State Armory AR-15 Rifle | SCD074275 |
| Palmetto State Armory AR-15 Rifle | SCD926209 |
| Highpoint .40 Caliber Handgun | X764525 |
| Remington 770 Blot Action Rifle | M717S1593 |
| 9MM Caliber Beretta Handgun | N/A |
| Palmetto State Armory AR-15 Rifle | SBC921173 |
| Marlin .22 Caliber Rifle | 19460421 |
| Anderson AR-15 Rifle | 18311594 |
| Wasr-10 AK-47 | A1419531SRO |
| SKS Rifle | 24001486A |
| Savage Model 110 Rifle | N676676 |
| Romania Ak-47 | S1319292000 |
| SKS Barrel | 0148712126 |
| Christensen Arms Rifle Model 14 | CV08083 |
| Smith and Wesson .22 Caliber Revolver | 1K4835 |
| Ruger 5.56 Caliber AR-15 Rifle | 85036634 |
| Bersa .380 Caliber Handgun | E13804 |
| F Llipitta Revolver | R286S85 |
| Savage Arms .22 Caliber Rifle | 1749070 |
| DPMS AR-15 Rifle | 291974 |
| Guntect USA AR-15 Rifle | N/A |
| High Point .40 Caliber Rifle | H38833 |
| Norinco 5.56 Caliber Rifle | 9304507 |
| Arcangel Modified Kit 5.56 Caliber Rifle | N/A |
| Marlin .22 Caliber Rifle | H8911 |
| Stevens Shotgun | A444968 |
| Anderson Rifle | 21185075 |
| Faissi Shotgun | N/A |
| Glock 19X Pistol | BUC468 |
| Five-Seven 5.7X28 Pistol | 3864128809 |
| Glock 23 Pistol | YFB366 |

If any of the above-described forfeited property, as a result of any act or omission of defendants cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described above subject to forfeiture.

Upon conviction of one and more of the offenses set forth in Counts 1 through 5, and pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T", aka "Tony", JOSE ALFREDO ORIZABA-ZENDEJAS, and BENITO MADRIGAL-BIRRUETA shall forfeit to the United States all firearms and ammunition involved in the offenses. The firearms and ammunition to be forfeited are described above.

Upon conviction of the offense set forth in Count 5, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T", aka "Tony", shall forfeit to the United States all property, real and personal, involved in the offense and all property traceable to such property.

If any of the above-described forfeited property, as a result of any act or omission of defendants cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and 982, and Title 28, United States Code, Section 2461(c).

DATED: August 18, 2023.

A TRUE BILL:

_____
Foreperson

ANDREW R. HADEN
Acting United States Attorney

By: _____
STEPHEN H. WONG
Assistant U.S. Attorney