**FILED**
Aug 18 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___s/ RC___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TO THE CLERK OF THE COURT:

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '23 CR1684 RBM |
| v. | NOTICE OF RELATED CASE |
| BENJAMIN MADRIGAL-BIRRUETA (1) aka "Mr. T", aka "Tony", JOSE ALFREDO ORIZABA-ZENDEJAS, (2) BENITO MADRIGAL-BIRRUETA, (3) | |
| Defendants. | |

Please take notice that the above-entitled case is related to *United States v. Daniel Soto, et al. - RBV* Case No. 22-CR-2700-RBM, pursuant to Local Rule 57.2.1, Related Cases. The Acting United States Attorney certifies the cases are related for the following reason(s):

_____ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

__X__ (2) Prosecution against different defendants arises from:

_____ (a) A common wiretap

__X__ (b) A common search warrant

_____ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 8/17/23

ANDREW R. HADEN
Acting United States Attorney