AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 25 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PID: 7131529

USMS: 52480-510

UNITED STATES OF AMERICA

v.

Benjamin Madrigal-Birrueta (1) aka "Mr. T" aka "Tony"

**WARRANT FOR ARREST**

Case Number: 23-CR-1684-RBM

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Benjamin Madrigal-Birrueta (1) aka "Mr. T" aka "Tony"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition ☐ Pretrial Violation

DATE: 8/28/23
ARRESTED BY: In Court OLR
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature]

charging him or her with (brief description of offense):
21: 848(a) - Continuing Criminal Enterprise;
21: 841(a)(1), 846 - Conspiracy to Distribute Methamphetamine, Fentanyl and Cocaine;
21: 952, 960, 963 - Conspiracy to Import Methamphetamine, Fentanyl and Cocaine;
18: 924(c)(1)(A)(i) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime;
18: 1956(h) - Conspiracy to Launder Money;
21: 853, 18: 924(d), 982, 28: 2461(c) - Criminal Forfeiture

RECEIVED US MARSHALS-S/CA 2023 AUG 18 PM 3:53

In violation of Title __See Above__ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ R. Contreras [signature] | 8/18/2023, San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ __No Bail__ by __The Honorable Steve B. Chu__
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

anh