TARA K. MCGRATH
United States Attorney
ALICIA P. WILLIAMS
STEPHEN H. WONG
CA Bar Nos. 262823/212485
Assistant United States Attorneys
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8917
Email: Alicia.Williams@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Benjamin Madrigal-Birrueta,<br><br>Defendant. | Case No.: 23-cr-01684-RBM<br><br>**DISCOVERY STATUS REPORT AND RULE 16.1.a STATEMENT**<br><br>Date:   October 20, 2023<br>Time:   9:00 a.m. |

The parties have conferred on discovery, and the United States hereby provides a report pursuant to Rule 16.1 and in accordance with Criminal Local Rule 16.1a. The United States has complied, and will continue to comply, with its discovery obligations. To date, the United States has made four discovery productions. The breakdown of the four productions is as follows:

- Round 1 – approx. 915 PDF pages, 10 phone downloads, 1 video (100 GB)
- Round 2 – approx. 1187 PDF pages, 31 spreadsheets, 8 audio recordings (2 GB)
- Round 3 – approx. 1439 PDF pages, 4 videos (3 GB)

- Round 4 – approx. 624 PDF pages, 73 zip files containing GMAIL returns (33 GB)

Given the nature of this case, the investigation and discovery are ongoing. The United States anticipates producing several more rounds of discovery.

On October 19, 2023, the parties conducted the Rule 16.1 conference. During this meeting the United States also provided counsel for Defendant with a complete summary of the discovery already provided. The parties have not yet discussed or agreed on a deadline for pretrial discovery as the investigation remains ongoing and the United States continues to diligently collect, process, and review additional discovery that will be produced to Defendant's attorneys in due course. In accordance with Criminal Local Rule 16.1a, the parties will continue to meet and confer about discovery matters, including the proposed deadlines for pretrial discovery and the disclosure of expert witnesses. In the event the parties are unable to reach agreement as to any discovery matters, the parties will inform the Court accordingly.

DATED: October 19, 2023.

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

/s/ *Alicia P. Williams*
ALICIA P. WILLIAMS
STEPHEN H. WONG
Assistant U.S. Attorneys