

FILED
Feb 16 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/RC    DEPUTY

ORDERED UNSEALED on 03/05/2024   s/ judepeters

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN MADRIGAL-BIRRUETA (1),<br>　aka "Mr. T",<br>　aka "Tony",<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>RICARDO ORIZABA-ZENDEJAS (5),<br><br>　　　　　　Defendants. | Case No. 23CR1684-RBM<br><br>I N D I C T M E N T<br>(Superseding)<br><br>Title 21, U.S.C., Sec. 848(a) and (b)(2) - Continuing Criminal Enterprise; Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine, Fentanyl and Cocaine; Title 21, U.S.C., Secs. 952, 960, and 963 - Conspiracy to Import Methamphetamine, Fentanyl, and Cocaine; Title 21, U.S.C., Sec. 848(e) - Murder in Furtherance of a Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Secs. 1512(a)(1)(A), (C), (2)(A), (3)(A), and (k) and 1111 - Murder and Threat of Force to Prevent Attendance at an Official Proceeding and Conspiracy; Title 18, U.S.C., Sec. 1841 - Causing the Death of a Child In Utero; Title 18, U.S.C., Sec. 924(c)((1)(A)(iii) and (B)(ii) - Use, Carry, Brandish, Discharge a Firearm During and in Relation to a Drug Trafficking Crime; Title 18, U.S.C., Sec 924(c)(1)(A)(i) - Possess a Firearm in Furtherance of a Drug Trafficking Crime; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Sec. 1956(h) - Conspiracy to Launder Money; Title 21, U.S.C., Sec. 853 and Title 18, U.S.C., Secs. 924(d) and 982, and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

SW:APW:nlv:San Diego:2/16/24

The grand jury charges:

## Count 1

Beginning on a date unknown but at least as early as April 16, 2022, and continuing up to and including April 4, 2023, within the Southern District of California, and elsewhere, defendant BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," together with others, did knowingly and intentionally engage in a continuing criminal enterprise, in that the defendant committed a series of felony violations of the Controlled Substances Act (Title 21, United States Code, Sections 801, et seq.), including as alleged in Counts 2 and 3, involving at least 300 times the quantity of a substance described in Section 841(b)(1)(B) of Title 21, United States Code, to wit: 1.5 kilograms and more of methamphetamine (actual), a Schedule II Controlled Substance, and 12 kilograms and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4- piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, which were undertaken by defendant in concert with five and more other persons with respect to whom defendant occupied a position of organizer, supervisor, and any other position of management, and was a principal administrator, organizer, and leader of the continuing criminal enterprise, and from which such continuing series of violations defendant obtained substantial income and resources; in violation of Title 21, United States Code, Section 848(a) and (b)(2).

## Count 2

Beginning on a date unknown to the grand jury, but no earlier than May 12, 2021, and continuing up to and including April 4, 2023, within the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," and RICARDO ORIZABA-

ZENDEJAS, did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute 1.5 kilograms and more of methamphetamine (actual), a Schedule II Controlled Substance, 12 kilograms and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, and 5 kilograms and more of cocaine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 3

Beginning on a date unknown to the grand jury, but no earlier than May 12, 2021, and continuing up to and including April 4, 2023, within the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ████████████████████████████████████████ did knowingly and intentionally conspire with other persons known and unknown, to import 1.5 kilograms and more of methamphetamine (actual), a Schedule II Controlled Substance, 12 kilograms and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, and 5 kilograms and more of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952, 960 and 963.

### Count 4

On or about August 28, 2022, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ████████████████████████████████████████ while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21 of the United

1  States Code, to wit: conspiracy to import, distribute, and possess with
2  intent to distribute one or more controlled substances, which offense
3  involved (a) 50 grams and more of methamphetamine (actual), a Schedule II
4  Controlled Substance, (b) 40 grams and more of a mixture and substance
5  containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-
6  piperidinyl] propenamide (commonly known as fentanyl), a Schedule II
7  Controlled Substance, and (c) 5 kilograms and more of cocaine, a
8  Schedule II Controlled Substance, did knowingly and intentionally kill
9  and cause the intentional killing of another person, to wit: Cesar
10 Murillo, and such killing did result; in violation of Title 21, United
11 States Code, Section 848(e).

## Count 5

On or about September 2, 2022, within the Eastern District of Washington, the Southern District of California and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ while engaged in an offense punishable under Section 841(b)(1)(A) of Title 21 of the United States Code, to wit: conspiracy to import, distribute, and possess with intent to distribute one or more controlled substances, which offense involved (a) 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance, (b) 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, and (c) 5 kilograms and more of cocaine, a Schedule II Controlled Substance, did knowingly and intentionally kill and cause the intentional killing of another person, to wit: Maira Hernandez, and such killing did result, in violation of Title 21, United States Code, Section 848(e).

## Count 6

Between on or about August 23, 2022 and September 2, 2022, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally conspire with other persons known and unknown to the Grand Jury, to kill and cause the intentional killing of another person, to wit: Cesar Murillo and Maira Hernandez, and to intentionally use the threat of physical force, to prevent the attendance and testimony of any person, to wit: Cesar Murillo, Maira Hernandez, and John Doe, who is known to the Grand Jury, in an official proceeding, to wit: the proceedings in the United States District Court, Southern District of California, Case Numbers 21-CR-3211-JLS, 21-CR-3006-BAS, and the United States District Court, Southern District of California Grand Jury Investigation that returned the indictment in 22-CR-2700-RBM, and to prevent the communication by any person to a law enforcement officer, to wit: Homeland Security Investigations Special Agents, T.D., R.B., and D.N., of information relating to the commission or possible commission of a Federal offense, in violation of Title 18, United States Code, Sections 1512(a)(1)(A), (C), (2)(A),(3)(A),(C), and 1111; and in violation of Title 18, United States Code, Section 1512(k).

## Count 7

On or about August 28, 2022, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally kill and cause the intentional killing of another person, to wit: Cesar Murillo, to prevent the attendance of any person, to wit:

5

Cesar Murillo, in an official proceeding, to wit: the proceedings in the United States District Court, Southern District of California, Case Numbers 21-CR-3211-JLS, 21-CR-3006-BAS, and the United States District Court, Southern District of California Grand Jury Investigation that returned the indictment in 22-CR-2700-RBM, and to prevent the communication by any person to a law enforcement officer, to wit: Homeland Security Investigations Special Agents, T.D., R.B., and D.N., of information relating to the commission or possible commission of a Federal offense; in violation of Title 18, United States Code, Sections 1512(a)(1)(A), (C), (3)(A), and 1111.

## Count 8

On or about September 2, 2022, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ████████████████████████████████████ did knowingly and intentionally kill and cause the intentional killing of another person, to wit: Maira Hernandez, to prevent the attendance of any person, to wit: Maira Hernandez, in an official proceeding, to wit: the proceedings in the United States District Court, Southern District of California, Case Numbers 21-CR-3211-JLS, 21-CR-3006-BAS, and the United States District Court, Southern District of California Grand Jury Investigation that returned the indictment in 22-CR-2700-RBM, and to prevent the communication by any person to a law enforcement officer, to wit: Homeland Security Investigations Special Agents, T.D., R.B., and D.N., of information relating to the commission or possible commission of a Federal offense; in violation of Title 18, United States Code, Sections 1512(a)(1)(A), (C), (3)(A), and 1111.

//

Count 9

On or about September 2, 2022, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendant BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," did cause the death of a child in utero while engaged in conduct violating Title 21, United States Code, Section 848(e), and Title 18, United States Code, Section 1512(k), as charged in Counts 5 and 8; in violation of Title 18, United States Code, Sections 1841 and 1111.

Count 10

On or about August 28, 2022 and September 2, 2022, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and RICARDO ORIZABA-ZENDEJAS, did knowingly and intentionally use the threat of physical force to influence, delay, and prevent the testimony of any person, to wit: John Doe, who is known to the Grand Jury, in an official proceeding, to wit: the proceedings in the United States District Court, Southern District of California, Case Numbers 21-CR-2869-CAB, 21-CR-2988-AJB, 21-CR-3211-JLS, 21-CR-3006-BAS, and the United States District Court, Southern District of California Grand Jury Investigation that returned the indictment in 22-CR-2700-RBM, and to prevent the communication by any person to a law enforcement officer, to wit: Homeland Security Investigations Special Agents, T.D., R.B., AND D.N., of information relating to the commission or possible commission of a Federal offense; in violation of Title 18, United States Code, Sections 1512(a)(2)(A), (C), (3)(A), and 1111.

//
//

## Count 11

On or about August 28, 2022, at or near Yakima, WA, in the Eastern District of Washington, the Southern District of California, and elsewhere, defendant RICARDO ORIZABA-ZENDEJAS, knowing that certain offenses against the United States had been committed, to wit, intentionally kill another person, to wit: Cesar Murillo, to prevent the attendance of any person, to wit: Cesar Murillo, in an official proceeding, as charged in Count 8 of this Superseding Indictment, did receive, relieve, comfort, and assist the offenders, BENJAMIN MADRIGAL-BIRRUETA aka "Mr. T," aka "Tony," and ANGEL SOLIS, aka "Fernando Lopez", aka "Poninas", in order to hinder and prevent the offenders' apprehension, trial, and punishment; in violation of Title 18, United States Code, Sections 3, and 1512(a)(1)(A) and Title 21 United States Code, Section 848(e).

## Count 12

On or about August 28, 2022, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ▮▮▮ during and in relation to a crime of violence, as alleged in Counts 4, 6, and 7, and a drug trafficking crime, as alleged in Counts 1, 2, and 3, did knowingly use, carry, brandish, and discharge a firearm, to wit: by shooting Cesar Murillo; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

## Count 13

On or about August 28, 2022, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony,"

8

1 █████████████████████████████████████ and RICARDO ORIZABA, during
2 and in relation to a crime of violence, as alleged in Count 10, and a
3 drug trafficking crime, as alleged in Counts 1, 2, and 3, did knowingly
4 use, carry, and brandish a firearm; in violation of Title 18, United
5 States Code, Sections 924(c)(1)(A)(i) and 2.

### Count 14

On or about September 2, 2022, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ████████████████████████████████████████████ during and in relation to a crime of violence, as alleged in Counts 5, 6, 8 and 9, and a drug trafficking crime, as alleged in Counts 1, 2, and 3, did knowingly use, carry, brandish, and discharge a firearm, to wit: by shooting Maira Hernandez; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

### Count 15

On or about February 8, 2023, within the Eastern District of Washington, the Southern District of California, and elsewhere, defendant RICARDO ORIZABA-ZENDEJAS, in furtherance of a drug trafficking crime, as alleged in Count 2, did knowingly possess a firearm; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

### Count 16

On or about April 4, 2023, within the Eastern District of California, the Southern District of California, and elsewhere, defendant BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," in furtherance of a drug trafficking crime, as alleged in Counts 1, 2, 3,

and 4, did knowingly possess a machinegun; to wit: a Glock Model 19X firearm pistol with serial number BUC468, with a Glock Switch device installed, which converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; in violation of Title 26, United States Code, Section 5845(b), Title 18, United States Code, Sections 924(c)(1)(A)(i), (B)(ii), and 2.

### Count 17

Beginning on a date unknown to the grand jury, and continuing up to and including April 4, 2023, within the Southern District of California and elsewhere, defendant BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," did knowingly and intentionally conspire with other persons known and unknown to the Grand Jury, to conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the transfer of United States currency, which involved the proceeds of a specified unlawful activity, to wit, drug trafficking, with the intent to promote the carrying on of specified unlawful activity, to wit, drug trafficking, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); all in violation of Title 18, United States Code, Section 1956(h).

**FORFEITURE ALLEGATIONS**

The allegations contained in Counts 1 through 12, above are realleged herein and incorporated as a part hereof for purposes of seeking forfeiture to the United States pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

Upon conviction of one and more of the offenses alleged in Counts 1 through 6 and 8 of this Indictment and pursuant to Title 21, United States Code, Section 853(a), defendants, BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ███████ and RICARDO ORIZABA-ZENDEJAS, shall forfeit to the United States any property, real and personal, which constitutes and is derived from proceeds traceable to the offenses, and any property used, in any manner and part, to commit and to facilitate the commission of the violations.

The property to be forfeited includes, but is not limited to, the following firearms:

| Make/Model | Serial No. |
|---|---|
| Marlin .22 Rifle | N/A |
| Black AR-15 | N/A |
| AR-15 Rifle- Model: FC-1135 | N/A |
| M9 Beretta 9MM | A55Y9346487-65490 |
| TP9 Canik 9MM Caliber Handgun | 20BN07376 |
| AR-15 Rifle | 21195799 |
| Keltec .22 Caliber AR-15 Rifle | Y6F40 |
| Jericho Handgun | IIM |
| Keltec P32 Handgun | D5292 |
| Springfield Saint AR-15 Rifle | 9T145582 |
| Ruger AR-15 Rifle | 854-21779 |
| Palmetto State Armory AR-15 Rifle | SCD074275 |
| Palmetto State Armory AR-15 Rifle | SCD926209 |
| Highpoint .40 Caliber Handgun | X764525 |
| Remington 770 Blot Action Rifle | M717S1593 |
| 9MM Caliber Beretta Handgun | N/A |
| Palmetto State Armory AR-15 Rifle | SBC921173 |
| Marlin .22 Caliber Rifle | 19460421 |
| Anderson AR-15 Rifle | 18311594 |
| Wasr-10 AK-47 | A1419531SRO |
| SKS Rifle | 24001486A |
| Savage Model 110 Rifle | N676676 |
| Romania Ak-47 | S1319292000 |
| SKS Barrel | 0148712126 |
| Christensen Arms Rifle Model 14 | CV08083 |
| Smith and Wesson .22 Caliber Revolver | 1K4835 |
| Ruger 5.56 Caliber AR-15 Rifle | 85036634 |
| Bersa .380 Caliber Handgun | E13804 |
| F Llipitta Revolver | R286S85 |
| Savage Arms .22 Caliber Rifle | 1749070 |
| DPMS AR-15 Rifle | 291974 |

11

| | |
|---|---|
| Guntect USA AR-15 Rifle | N/A |
| High Point .40 Caliber Rifle | H38833 |
| Norinco 5.56 Caliber Rifle | 9304507 |
| Arcangel Modified Kit 5.56 Caliber Rifle | N/A |
| Marlin .22 Caliber Rifle | H8911 |
| Stevens Shotgun | A444968 |
| Anderson Rifle | 21185075 |
| Faissi Shotgun | N/A |
| Glock 19X Pistol | BUC468 |
| Five-Seven 5.7X28 Pistol | 3864128809 |
| Glock 23 Pistol | YFB366 |

If any of the above-described forfeited property, as a result of any act or omission of defendants cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described above subject to forfeiture.

Upon conviction of one and more of the offenses set forth in Counts 1 through 17, and pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), defendants BENJAMIN MADRIGAL-BIRRUETA, aka "Mr. T," aka "Tony," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and RICARDO ORIZABA-ZENDEJAS shall forfeit to the United States all firearms and ammunition involved in the offenses. The firearms and ammunition to be forfeited are described above.

//
//
//

Upon conviction of the offense set forth in Count 17, and pursuant to Title 18, United States Code, Section 982(a)(1) defendant BENJAMIN MADRIGAL-BIRRUETA aka "Mr. T," aka "Tony, shall forfeit to the United States all property, real and personal, involved in the offense and all property traceable to such property.

If any of the above-described forfeited property, as a result of any act or omission of defendants cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendants up to the value of the property described above subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and 982, and Title 28, United States Code, Section 2461(c).

DATED: February 16, 2024.

A TRUE BILL:

_____
Foreperson

TARA K. MCGRATH
United States Attorney

By: /s/ Stephen H. Wong
STEPHEN H. WONG
ALICIA P. WILLIAMS
Assistant U.S. Attorneys