LAW OFFICES OF JASON T. CONFORTI
Jason Conforti, SBN 265627
550 West C Street, Suite
San Diego, CA 92101
Tel.: (619) 274-8036
Fax: (619) 231-2002
JTC@JasonConforti.com

LAW OFFICES OF MICHAEL ANTHONY HERNANDEZ
Michael Anthony Hernandez, SBN 234579
The Emerald Plaza
402 W. Broadway, Suite 1270
San Diego, CA 92101
Tel.: (619) 341-3149
Fax: (619) 996-2200
Michael@DefenseAttorneySD.com

Attorneys for Defendant
Benjamin Madrigal-Birrueta

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN MADRIGAL, <br><br> Defendant. | Case No. 23cr1684-DMS <br><br> **NOTICE OF MOTION AND MOTION TO SUPPRESS STATEMENTS** <br><br> **Date:** May 16, 2025 <br> **Time:** 1:30 P.M. |

TO:   ANDREW HADEN, ACTING UNITED STATES ATTORNEY

   STEPHEN WONG, ASSISTANT UNITED STATES ATTORNEY

   BRANDON KIMURA, ASSISTANT UNITED STATES ATTORNEY:

   PLEASE TAKE NOTICE that on May 16, 2025, or as soon thereafter as counsel may be heard, Defendant Benjamin Madrigal will move this Court to grant the following motions:

1. Motion to Suppress Statements.

Dated this April 3, 2025.                                /s/ *Michael Anthony Hernandez*
                                                        Jason Conforti and
                                                        Michael Anthony Hernandez
                                                        Attorneys for James Sorensen