# UNITED STATES ATTORNEY'S OFFICE

# SOUTHERN DISTRICT OF CALIFORNIA

## FORENSIC BILINGUAL
## TRANSCRIPTION AND TRANSLATION

***of the***

**Post-Arrest Interview of**

***Benjamin Madrigal Birrueta***

***in the case of***

**USA v. Benjamin Madrigal Birrueta et al.**
**23CR01684-RBM**

**Prepared at the Request of AUSAs Stephen Wong and Alicia Williams**
**By Esther Ovadia, Interpreter Certified by the**
**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

| LEGEND | |
|---|---|
| **AG1:** | Travis Desmond, Special Agent, Homeland Security Investigations. |
| **AG2:** | Nick, Special Agent, Homeland Security Investigations. |
| **AG3:** | Agent acting as interpreter. |
| **BMB:** | Benjamin Madrigal Birrueta. |
| **UM1:** | Unidentified male agent. |
| **UF1:** | Unidentified female agent. |
| **[OV]:** | Unintelligible. |
| **[UI]:** | Reflects possible options due to ambiguous pronoun/gender/grammatical |
| **/ :** | construct in source language. |
| **- :** | Unfinished/Interrupted utterance. |
| **… :** | Pause/Trailing off of an utterance. |
| **[ ] :** | Translator comments, if any, are enclosed within brackets. |
| ***Italic font:*** | *Source utterance is in English.* |

**NOTE 1:** Non-standard spelling, word choice, and grammar in the English translation reflect the manner of the Spanish spoken. The notation "[sic]" is used to indicate significant Spanish language mispronunciations and/or grammatical errors.

**NOTE 2:** Except for annotating contextual non-verbal communication that significantly affects verbal communication, body language, physical movements, and signals, if any, have not been described.

**NOTE 3:** The translator has applied her best effort and skills to distinguish between the voices of AG1 and AG2 but makes no guarantee as to the identity of those agents.

**Translator's Certification**

*I, Esther Ovadia, a U.S. Courts Certified Interpreter, declare that I performed the following transcription and translation of the post-arrest interview of Benjamin Madrigal Birrueta; and that the transcription and Spanish into English translation is accurate, complete, and performed to the best of my knowledge and ability.*

Esther Ovadia

Esther Ovadia, U.S.C.C.I.
December 13, 2023

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [Voces ininteligibles en el fondo] | 00:00 | | [Unintelligible voices in the background] |
| *Yeah.* | | UF1 | *Yeah.* |
| *Are you outside?* | | AG1 | *Are you outside?* |
| [Voces ininteligibles en el fondo] | | | [Unintelligible voices in the background] |
| *Alright.* | | AG1 | *Alright.* |
| Gracias. | | BMB | Thank you. |
| *Can you make sure it's burning?* | | AG1 | *Can you make sure it's burning?* |
| *Yeah, yeah.* | | UM1 | *Yeah, yeah.* |
| *Can you make sure it's burning?* | | | *Can you make sure it's burning?* |
| *Yeah.* | | AG2 | *Yeah.* |
| [Voces ininteligibles en el fondo] | | | [Unintelligible voices in the background] |
| *Where's Desmond? Desmond!* | | AG2 | *Where's Desmond? Desmond!* |
| *Yo!* | | AG1 | *Yo!* |
| *You want the other one in the patrol car?* | | AG2 | *You want the other one in the patrol car?* |
| *Yeah.* | | AG1 | *Yeah.* |
| *Yeah?* | | AG2 | *Yeah?* |
| Okey. ¿Estás frío o-? ¿No? Okey. Date la vuelta. [UI]. | | AG1 | Okay, you are cold or-? No? Okay. Turna round. [UI]. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Me estás chingando la mano. [UI]. Esta. | | BMB | You're fucking ruining my hand. [UI]. This one. |
| [Voces ininteligibles en el fondo] | | | [Unintelligible voices in the background] |
| Okey. Toma asiento. | | AG1 | Okay. Take a seat. |
| ¿Puedo encobijarme? | 00:43 | BMB | Can I wrap myself with the blanket? |
| Sí. | | AG1 | Yeah. |
| *Alright, boss.* | | AG2 | *Alright, boss.* |
| [Voces ininteligibles en el fondo] | | | [Unintelligible voices in the background] |
| *Alright, um, so Ben- Benjamin?* | | AG1 | *Alright, um, so Ben- Benjamin?* |
| Sí. | | BMB | Yes. |
| ¿*Benjamin* se llama? | | AG3 | ¿*Benjamin* is your name? |
| Sí. | | BMB | Yes. |
| *Are you okay?* | | AG1 | *Are you okay?* |
| ¿Está bien? | | AG3 | Are you okay? |
| *What happened?* | | AG1 | *What happened?* |
| Pos- | | BMB | Well- |
| ¿Qué pasó? | | AG3 | What happened? |
| Una revolcada. | | BMB | A roll over. |
| ¿Revolcada? | | AG3 | ¿Roll over? |
| [Risa] | | BMB | [Laugh] |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| *A little rough up.* | | AG3 | *A little rough up.* |
| *A rough up? Did- did you get tackled or what?* | | AG2 | *A rough up? Did- did you get tackled or what?* |
| ¿Te tumbaron o te pegaron? | | AG3 | Were you knocked down or were you hit? |
| Ajá, aquí. [Señala la cabeza] | | BMB | Uh-huh, here. [Points to head] |
| ¿Te tumba-? | | AG3 | Were you knock-? |
| [OV] *Why did you get tackled? What happened?* | | AG1 | [OV] *Why did you get tackled? What happened?* |
| ¿Por qué te tumbaron al- al suelo? | | AG3 | Why were you knocked down to- to the ground? |
| Oh, porque iba corriendo, también. | | BMB | Oh, because I was running, also. |
| [OV] *He ran?* | | AG1 | [OV] *He ran?* |
| [OV] *He ran.* | | AG3 | [OV] *He ran.* |
| *Okay. Alright, so, Benjamin, my name is Travis. I'm an agent from Homeland Security.* | | AG1 | *Okay. Alright, so, Benjamin, my name is Travis. I'm an agent from Homeland Security.* |
| Hola, Travis. | | BMB | Hello, Travis. |
| [OV] [UI]- | | AG3 | [OV] [UI]- |
| Hola, señor. Mucho gusto. | | AG1 | Hello, sir. Nice to meet you. |
| Mucho gusto. | | BMB | Nice to meet you. |
| *And this is my partner, uh, Nick.* | | AG1 | *And this is my partner, uh, Nick.* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Hola, *Benjamin.* | | AG2 | Hello, *Benjamin.* |
| Hola, Nick, soy Benjamín. Mucho gusto. | | BMB | Hello, Nick, I'm Benjamin. Nice to meet you. |
| *Okay. Uh, I don't know why you ran, but- so, we're- we're doing a search warrant of all the houses.* | 02:47 | AG1 | *Okay. Uh, I don't know why you ran, but- so, we're- we're doing a search warrant of all the houses.* |
| Ellos están haciendo una orden de- chequeando todas las casas que están allá donde vivía usted. | | AG3 | They're doing an order to- checking all of the houses that are over there where you lived. |
| Ah. | | BMB | Oh. |
| *Okay, so, we- we have a warrant for the house with the- the Corvette.* | | AG1 | *Okay, so, we- we have a warrant for the house with the- the Corvette.* |
| Tiene una orden pa' chequear la casa de- donde está el *Corvette*. | | AG3 | He has an order to check the house of- where the *Corvette* is. |
| [OV] Ah. | | BMB | [OV] Oh. |
| [OV] *The house to the- to the right, like in the middle…* | | AG1 | [OV] *The house to the- to the right, like in the middle…* |
| A la derecha, la casa de en medio. | | AG3 | To the right, the house in the middle. |
| Ajá. | | BMB | Uh-huh. |
| *Uh, the house I think where you ran from…* | | AG1 | *Uh, the house I think where you ran from…* |
| La casa de donde corrió usted… | | AG3 | The house where you ran from… |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Mjm. | | BMB | Mm-hmm. |
| … también tienen una orden. | | AG3 | … they also have an order. |
| *And then, the house behind that one.* | | AG1 | *And then, the house behind that one.* |
| Y la casa de- atrás de esa casa, tienen una orden, también de chequeo. ¿Okey? | 03:18 | AG3 | And the house of- behind that house, they have an order, also to check. ¿Okay? |
| [OV] Ah, okey. | | BMB | [OV] Oh, okay. |
| [OV] *So, um, before we get into the questions, I just gotta ask you some basic questions, just your biography. Things like that.* | | AG2 | [OV] *So, um, before we get into the questions, I just gotta ask you some basic questions, just your biography. Things like that.* |
| [OV] Le van a hacer unas preguntas sobre la- como su nombre… | | AG3 | [OV] They're gonna ask you some questions about the- like your name… |
| [OV] *Hair color…* | | AG2 | [OV] *Hair color…* |
| [OV] Cosas personales de usted, nomás- | | AG3 | [OV] Personal things about you, just- |
| [OV] *Eye color…* | | AG2 | [OV] *Eye color…* |
| [OV] … ahorita, ¿okey? | | AG3 | [OV] … right now, okay? |
| [OV] *Easy. Alright?* | | AG2 | [OV] *Easy. Alright?* |
| [OV] [UI]. | | AG3 | [OV] [UI]. |
| *Uh, what is your name?* | | AG2 | *Uh, what is your name?* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| ¿Su nombre completo? | | AG3 | Your full name? |
| Benjamín Madrigal Birrueta [fonético]. | 03:35 | BMB | Benjamin Madrigal Birrueta [phonetic] |
| *Okay. Benjamin Madrigal… Berreta* [fonético]*?* | | AG2 | *Okay. Benjamin Madrigal… Berreta* [phonetic]? |
| Birrueta. | | BMB | Birrueta. |
| Birreta [fonético]. *When were you born?* | | AG2 | Birreta [phonetic]. *When were you born?* |
| ¿Qué año nació? | | AG3 | What year were you born? |
| 2001. | | BMB | 2001. |
| ¿2001? ¿Qué mes? | | AG3 | 2001? What month? |
| El- mayo, 12. | | BMB | The- May, 12. |
| *May 12, uh, 2021.* | | AG3 | *May 12, uh, 2021.* |
| Eh- | | BMB | Uh- |
| *Twenty-* | | AG2 | *Twenty-* |
| ¿Qué año? | | AG3 | What year? |
| *Two-* | | AG2 | *Two-* |
| 2001. | | BMB | 2001. |
| *Oh, twen- 2001.* | | AG3 | *Oh, twen- 2001.* |
| *2001. Do you have a social security number?* | | AG2 | *2001. Do you have a social security number?* |
| ¿Tiene *social security* número? | | AG3 | Do you have *social security* number? |

Page 6 of 341

Post-Arrest Interview of Benjamin Madrigal Birrueta
USA v. Benjamin Madrigal Birrueta, et al.
Case No. 23CR01684

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| No. | | BMB | No. |
| ¿No? | | AG3 | No? |
| *Do you go by any nicknames?* | | AG2 | *Do you go by any nicknames?* |
| ¿Tiene apodos o- o- nombres- sobrenombres? | | AG3 | Do you have aliases or- or- names- nicknames? |
| ¿O- o- otro nombre, ugh-? | | AG1 | Or- or- other name- ugh-? |
| No. | | BMB | No. |
| ¿Otro nombres? | | AG1 | Other names? |
| Ah, no. | | BMB | Uh, no. |
| ¿No? | | AG1 | No? |
| No. | | BMB | No. |
| ¿Solo, uh, Benjamín? | | AG1 | Just, uh, Benjamin? |
| Benja. | | BMB | Benja. |
| ¿Ben- Benja? | | AG1 | Ben- Benja? |
| Ya. | | BMB | Yeah. |
| Okey. | | AG1 | Okay. |
| *What's your address?* | | AG2 | *What's your address?* |
| ¿Qué es su dirección ahorita? | | AG3 | What is your address right now? |
| No me la sé. | | BMB | I don't know it. |
| *He doesn't know it.* | | AG3 | *He doesn't know it.* |
| *You don't know it?* | | AG2 | *You don't know it?* |
| ¿No se la sabe? | | AG3 | You don't know it? |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| *Is that where you live?* | | AG1 | *Is that where you live?* |
| Ahí. | | BMB | There. |
| ¿Pero ahí, esa casa, es donde vive? | | AG3 | But there, in that house, is where your live? |
| [OV] Ajá. | | BMB | [OV] Uh-huh. |
| [OV] *But he doesn't know the number?* | | AG2 | [OV] *But he doesn't know the number?* |
| ¿No sabe los números? ¿La dirección? ¿No? | | AG3 | You don't know the numbers? The address? No? |
| [Sacude la cabeza] | | BMB | [Shakes head] |
| *Uh, that's fine.  Okay.  What's your cellphone number?* | | AG2 | *Uh, that's fine.  Okay.  What's your cellphone number?* |
| ¿Qué es su número de teléfono, Benjamín? | 04:28 | AG3 | What is your telephone number, Benjamin? |
| [Bostezo] | | AG1 | [Yawn] |
| Tampoco. | | BMB | I don't know either. |
| [OV] ¿No te sabes-? | | AG3 | [OV] You don't know-? |
| [OV] *You don't know your number?* | | AG2 | [OV] *You don't know your number?* |
| No. | | BMB | No. |
| *Do you have any phones in the house?* | | AG2 | *Do you have any phones in the house?* |
| [Asiente] | | BMB | [Nods] |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| ¿Tiene teléfonos en su casa usted? | | AG3 | Do you have telephones in your house? |
| Sí, tenía uno ahí. | | BMB | Yes, I had one there. |
| *Wh- which one is your phone?* | | AG1 | *Wh- which one is your phone?* |
| ¿Cuál es su teléfono de usted? | | AG3 | Which is your phone? |
| Uno como… un *iPhone*. | | BMB | One like… an *iPhone.* |
| ¿*iPhone*? ¿Sabe qué año? ¿O la generación? | | AG3 | *iPhone?* Do you know what year? Or the generation? |
| Es uno morado. | | BMB | It's a purple one. |
| ¿Morado? *Purple. iPhone.* | | AG3 | Purple? *Purple. iPhone.* |
| *Okay.* | | AG1 | *Okay.* |
| ¿Y dónde estaba ese teléfono? | | AG3 | And where was the phone? |
| Ahí en mi casa. En mi cuarto. | | BMB | Over there in my house. In my room. |
| ¿En su cuarto? *In his room.* | | AG3 | In your room? *In his room.* |
| [OV] [A AG2] *He lived in Ortiz basement.* | | AG1 | [OV] [To AG2] *He lived in Ortiz basement.* |
| *Okay. Just one phone?* | | AG2 | *Okay. Just one phone?* |
| ¿Nomás un teléfono? ¿No tiene más… teléfonos? | | AG3 | Just one phone? You don't have more… phones? |
| Tenía otro, pero no servía. | | BMB | I had another one, but it didn't work. |
| ¿No servía? | | AG1 | It didn't work? |
| *The other one didn't work.* | | AG3 | *The other one didn't work.* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| *Wh- what kind of phone was that?* | | AG1 | *Wh- what kind of phone was that?* |
| ¿Qué teléfono es ese? | | AG3 | What phone is that? |
| Un Samsung, creo. No sé. | | BMB | A Samsung, I think. I don't know. |
| ¿Un Samsung? ¿Qué color? | | AG3 | A Samsung? What color? |
| Negro o azul, no me- | | BMB | Black or blue, I don't- |
| ¿Negro, azul? | | AG3 | Black, blue? |
| Negro. | | BMB | Black. |
| *Alright, are you a U.S. citizen?* | | AG2 | *Alright, are you a U.S. citizen?* |
| ¿Es, eh, ciu- ciudadano de Estados Unidos usted? | | AG3 | Are you, uh, a ci- citizen of the United States? |
| Ojalá. No estuviera aquí. [Risa]. | | BMB | I wish. I wouldn't be here. [Laugh]. |
| [Risa] *How long has he been here?* | | AG1 | [Laugh] *How long has he been here?* |
| ¿Cuánto tiempo ha estado aquí en los Estados Unidos? | | AG3 | How long have you been here in the United States? |
| Uh, creo que tres años. | | BMB | Uh, I think that three years. |
| *Three years.* | | AG3 | *Three years.* |
| *Okay. Alright. Michoacan?* | | AG2 | *Okay. Alright. Michoacan?* |
| ¿Es de Michoacán? | | AG3 | Are you from Michoacan? |
| [OV] No. | | BMB | [OV] No. |
| [OV] ¿No? | | AG3 | [OV] No? |
| *Where-?* | | AG2 | *Where-?* |
| Jalisco. | | BMB | Jalisco. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| ¿Jalisco? | | AG2 | Jalisco? |
| Bueno, no. De Colima. Manzanillo, Colima. | | BMB | Well, no. From Colima. Manzanillo, Colima. |
| ¿Colima? | | AG1 | Colima? |
| Ajá. | | BMB | Uh-huh. |
| ¿Colima? Okey. *Is that near Jalisco or no?* | 05:39 | AG1 | Colima? Okay. *Is that near Jalisco or no?* |
| [OV] ¿Está cerca de Jalisco? | | AG3 | [OV] Is it near Jalisco? |
| [OV] A- así. | | BMB | [OV] L- like this. |
| ¿De Guadalajara? | | AG1 | Near Guadalajara? |
| Poquito. Eh, no. | | BMB | A little bit. Uh, no. |
| ¿No? | | AG1 | No? |
| No, está re' lejos. [Risita]. | | BMB | No, it's really far. [Chuckle]. |
| *Okay. What do you do for work?* | | AG2 | *Okay. What do you do for work?* |
| ¿En qué trabaja usted, Benjamín? | | AG3 | What do you do for work, Benjamin? |
| Cuidando los caballos. | | BMB | Taking care of horses. |
| ¿Cuidando los caballos? *Taking care of the horses.* | | AG3 | Taking care of horses. *Taking care of the horses.* |
| [OV] *Taking care of the horses?* | | AG2 | [OV] *Taking care of the horses?* |
| [OV] *So, like, a- a- a ra- ranch guy?* | | AG1 | [OV] *So, like, a- a- a ra- ranch guy?* |
| [OV] Cuidando el rancho. | | BMB | [OV] Taking care of the ranch. |
| ¿Como ranchero, cuidando caballos? | | AG3 | As a rancher, taking care of horses? |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Cuidando el rancho y es todo. | | BMB | Taking care of the ranch and that's it. |
| *Takes care of the ranch and the horses.* | | AG3 | *Takes care of the ranch and the horses.* |
| *How long have you been doing that?* | | AG2 | *How long have you been doing that?* |
| ¿Cuánto tiempo ha sido eso usted, Benjamín? | | AG3 | How long have you been that for, Benjamin? |
| [OV] No sé. Como un año. | | BMB | [OV] I don't know. About a year. |
| [OV] *Just since you've been here?* | | AG1 | [OV] *Just since you've been here?* |
| [OV] Como un año y medio. | 06:15 | BMB | [OV] About one and a half years. |
| [OV] *Okay.* | | AG2 | [OV] *Okay.* |
| [OV] *A year and a half.* | | AG3 | [OV] *A year and a half.* |
| [OV] *A year and a half?* | | AG2 | [OV] *A year and a half?* |
| [OV] *Wh- what did you do before that? Like, when you first arrived?* | | AG1 | [OV] *Wh- what did you do before that? Like, when you first arrived?* |
| [OV] Antes de ese año, cuando vino usted primero que ese año, ¿qué hacía de trabajo? | | AG3 | [OV] Before that year, when you came before that year, what did you do for work? |
| Trabajaba en el *roofing.* | | BMB | I used to work in *roofing.* |
| ¿En *roofing*? | | AG3 | In *roofing*? |
| ¿Como, uh, *construction?* | | AG1 | Like, uh, *construction?* |
| Ajá. Haciendo casas. | | BMB | Uh-huh. Building houses. |
| Okey. | | AG1 | Okay. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| *What got you into horses?* | | AG2 | *What got you into horses?* |
| ¿Por qué cambió de trabajo a los caballos? | | AG3 | Why did you change jobs to horses? |
| ¿Te gusta caballos? | | AG1 | You like horses? |
| [OV] Me gustan los caballos, no sé [risita]. | | BMB | [OV] I like horses, I don't know [chuckle]. |
| [OV] *He likes horses.* | | AG1 | [OV] *He likes horses.* |
| *Okay. Do you have any tattoos?* | | AG1 | *Okay. Do you have any tattoos?* |
| ¿Tiene tatuajes? | | AG3 | Do you have tattoos? |
| No. | | BMB | No. |
| ¿No? | | AG3 | No? |
| No me gustan. | | BMB | I don't like them. |
| *Okay. No scars?* | | AG1 | *Okay. No scars?* |
| ¿Cortes o marcas de nacimiento que tenga? | | AG3 | Cuts or birthmarks that you have? |
| Tampoco. | | BMB | Not that either. |
| *There's water if you're thirsty.* | | AG1 | *There's water if you're thirsty.* |
| Ahí está su agua, si- si le da sed. | | AG3 | There's your water, if- if you get thirsty. |
| Pues, sí me voy a chingar un traguito. | | BMB | Well, I am gonna fucking take a sip. |
| *Have you, um, have you been arrested before?* | | AG2 | *Have you, um, have you been arrested before?* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| ¿Han arrestado antes a usted, Benjamín? | | AG3 | Gotten arrested before, Benjamin? |
| [Asiente] | | BMB | [Nods] |
| ¿Sí? | | AG3 | Yes? |
| ¿Sí? *For what?* | | AG1 | Yes? *For what?* |
| ¿De dónde lo arrestaron y por qué? | | AG3 | Where did you get arrested from and why? |
| En Oregon- | | BMB | In Oregon- |
| [Campanilla] | | | [Chime] |
| … me parece, simón. | | BMB | … I think so, yeah. |
| ¿Y por qué, uh, lo arrestaron ahí? ¿Quién? | | AG3 | And why, uh were you arrested there? Who? |
| *For what?* | | AG1 | *For what?* |
| Uh, porque iba acompañando a un amigo que llevaba drogas. | 07:08 | BMB | Uh, because I was accompanying a friend who was taking drugs. |
| *For drugs?* | | AG1 | *For drugs?* |
| [OV] *Yeah. 'Cause he was with a friend that was transporting drugs.* | | AG3 | [OV] *Yeah. 'Cause he was with a friend that was transporting drugs.* |
| [OV] No sabía mucho cómo- | | BMB | [OV] I didn't know very well how- |
| [OV] *He was transporting drugs?* | | AG1 | [OV] *He was transporting drugs?* |
| [OV] ¿Estaba llevando drogas su amigo… | | AG3 | [OV] Was your friend taking drugs… |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [OV] *You were?* | | AG1 | [OV] *You were?* |
| [OV] No. | | BMB | [OV] No. |
| [OV] … o usted? | | AG3 | [OV] … or were you? |
| [OV] No, yo iba en el carro donde encontraron a un hombre. | | BMB | [OV] No, I was in the car where they found a man. |
| [OV] *Oh, he was a passenger.* | | AG1 | [OV] *Oh, he was a passenger.* |
| *Passenger.* | | AG3 | *Passenger.* |
| *Oh, okay.* | | AG1 | *Oh, okay.* |
| Yo iba a seguir al corte de la *cherry*. | | BMB | I was gonna continue on to the *cherry* picking. |
| *Okay.* | | AG1 | *Okay.* |
| ¿Usted iba a trabajar allá, entonces? | | AG3 | You were gonna go work there, then? |
| Iba de raite, pero no sabía lo que iba- creo que iba en un guardado- | | BMB | It was my ride, but I didn't know what was in there- I think it was in a hideout- |
| [OV] *So t-* | | AG1 | [OV] *So t-* |
| [OV] En un- | | BMB | [OV] In a- |
| [OV] Oh, okey. Deme un momento. | | AG3 | [OV] Oh, okay. Hold on. |
| [OV] Escondido. | | BMB | [OV] Hidden. |
| [OV] *Have you gone to court?* | | AG1 | [OV] *Have you gone to court?* |
| ¿Ha ido a corte por esos cargos? | | AG3 | Have you gone to court for those charges? |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| No. | | BMB | No. |
| ¿No? | | AG3 | No? |
| *You didn't go to court?* | | AG1 | *You didn't go to court?* |
| [Sacude la cabeza] | | BMB | [Shakes head] |
| *Oh, so you probably have a warrant?* | | AG1 | *Oh, so you probably have a warrant?* |
| ¿*So,* tiene una- tiene una orden de arresto usted piensa, por eso? | | AG3 | *So,* do you have- do you have an arrest warrant you think, for that? |
| Ah, no creo porque, ah, pues, fui inocente. No me agarra- me iban a dejar salir, pero no sé por qué no- y sí me dejaron salir. | | BMB | Oh, I don't think so because, oh, well, I was innocent. They didn't fin- they were gonna let me out, but I don't know why they didn't- and they did let me out. |
| [OV] *He said he doesn't know, he-* | | AG3 | [OV] *He said he doesn't know, he-* |
| [OV] No sé cómo- | | BMB | [OV] I don't know how- |
| [OV] *They let him out. And he was innocent. That's why they let him out. So-* | | AG3 | [OV] *They let him out. And he was innocent. That's why they let him out. So-* |
| [OV] *Okay. Oh-* | | AG1 | [OV] *Okay. Oh-* |
| [OV] ... *he didn't go to court.* | | AG3 | [OV] ... *he didn't go to court.* |
| [OV] *Oh, so there's no warrant.* | | AG1 | [OV] *Oh, so there's no warrant.* |
| [OV] No sabía cómo- cómo funciona mucho aquí. | | BMB | [OV] I didn't know- know how it works here very well. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [OV] Pero no le di- ¿no? Okey. *He didn't really know how the system works here.* | | AG3 | [OV] But they didn't te- no? Okay. *He didn't really know how the system works here.* |
| [OV] *That's fine.* | | AG2 | [OV] *That's fine.* |
| [OV] *Okay, I mean, we- we can check, but-* | 08:07 | AG1 | [OV] *Okay, I mean, we- we can check, but-* |
| [A AG1] *Do you, uh, wanna do family members now, or-* | | AG2 | [To AG1] *Do you, uh, wanna do family members now, or-* |
| *Nah.* | | AG1 | *Nah.* |
| *... uh, drugs?* | | AG2 | *... uh, drugs?* |
| *No. Um-* | | AG1 | *No. Um-* |
| *Okay. Um, let's see... so, we got pretty much-* | | AG2 | *Okay. Um let's see... so, we got pretty much-* |
| [OV] ¿Y no saben ya todo eso? Pues, ¿no saben todo eso? | | BMB | [OV] And don't they know all of that already? Well, don't they know all of that already? |
| ¿Ellos? | | AG3 | Them? |
| Ajá. | | BMB | Uh-huh. |
| *He said if you guys don't know that information already.* | | AG3 | *He said if you guys don't know that information already.* |
| [OV] *No, we can look.* | | AG1 | [OV] *No, we can look.* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [OV] *We can look it. We can look it up.* | | AG2 | [OV] *We can look it. We can look it up.* |
| [OV] E- ellos pueden ver- | | AG3 | [OV] Th- they can see- |
| [OV] *But, uh, what about, uh, what about-?* | | AG1 | [OV] *But, uh, what about, uh, what about-?* |
| [OV] Si quieres- si quieres que vean si tienes una orden. ¿O- o por qué la pregunta? | | AG3 | [OV] If you want- if you want them to see if you have a warrant. Or- or why the question? |
| [OV] *The reason he got tackled…* | | AG1 | [OV] *The reason he got tackled…* |
| [OV] No- | | BMB | [OV] No- |
| [OV] … *is 'cause he ran away.* | | AG1 | [OV] … *is 'cause he ran away.* |
| Digo, ¿no saben ya todo esto? ¿O por quién vinieron o-? | | BMB | I mean, don't they already know all of this? Or who did they come for or-? |
| Pues, la razón que te tienen detenido ahorita es que corrió. | | AG3 | Well, the reason you're detained right now is that you ran. |
| Ajá. | | BMB | Uh-huh. |
| Y ellos tenían una orden de chequear tu residencia y todas esas personas estaban arrestadas ahorita. O detenidas, no están arrestadas. Por eso es que lo tumbaron a usted. | | AG3 | And they had an order to check your residence and all of those people were arrested right now. Or detained, they're not arrested. That's why they knocked you down. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
| --- | --- | --- | --- |
| Pinches culeros. | | BMB | Fucking assholes. |
| [Risa] | | AG1 | [Laugh] |
| [Risa] | | AG2 | [Laugh] |
| *Okay.* | | AG1 | *Okay.* |
| Uh, realmente me asusté porque me dejaron ahí unas cosas que no son muy legales. | | BMB | Uh, I honestly got scared because I was left some things that aren't too legal. |
| Okey. | | AG3 | Okay. |
| Pues, me asustó. | | BMB | Well, it scared me. |
| *Okay. So-* | | AG1 | *Okay. So-* |
| No quiero ir a la cárcel, también. | | BMB | I don't want to go to jail, also. |
| [OV] *When- when he- we can check on the Oregon thing, if he wants.* | | AG1 | [OV] *When- when he- we can check on the Oregon thing, if he wants.* |
| [OV] ¿Quiere que chequean en *Oregon* si tiene la orden de arresto ahí o no le importa? | | AG3 | [OV] You want them to check in *Oregon* if you have the arrest warrant there or it doesn't- doesn't matter to you? |
| [OV] [UI] [Carraspeo]. | | AG1 | [OV] [UI] [Clearing of throat]. |
| [OV] *We-* | | AG2 | [OV] *We-* |
| [OV] Pues, de todas maneras es lo mismo, ¿no? | | BMB | [OV] Well, it's the same thing anyways, isn't it? |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [OV] *We- we have- tell him we have to check anyways. Now that he said it.* | | AG2 | [OV] *We- we have- tell him we have to check anyways. Now that he said it.* |
| *Yeah, he did, [UI].* | | AG1 | *Yeah, he did. [UI].* |
| [OV] *But alright, who knows?* | | AG2 | [OV] *But alright, who knows?* |
| [OV] *Yeah.* | | AG1 | [OV] *Yeah* |
| [OV] *Might come back nothing, right?* | | AG2 | [OV] *Might come back nothing, right?* |
| *So, when you were arrested, do you remember before the- the officer was talking to you, he read you your rights?* | 09:20 | AG1 | *So, when you were arrested, do you remember before the- the officer was talking to you, he read you your rights?* |
| *So,* antes que te arrestaron, ¿te dieron tu- tus derechos, eh, los oficiales? ¿No te acuerdas? | | AG3 | *So,* before you got arrested, did they give you your- your rights, uh, the officers? Don't you remember? |
| No, no me los dieron. | | BMB | No, they didn't give them to me. |
| *So, in- in- in America-* | | AG1 | *So, in- in- in America-* |
| ¿Ahorita? | | BMB | Just now? |
| *No, in O- in Oregon.* | | AG1 | *No, in O- in Oregon.* |
| En Oregon, cuando te arrestaron en Oregon. ¿Te dieron tus derechos que tenías. | | AG3 | In Oregon, when you got arrested in Oregon. Did they give you your rights that you had- |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Ah- | | BMB | Oh- |
| … cuando te iban a hacer preguntas sobre el-? | | AG3 | … when they were going to ask you questions about the-? |
| Oh, s- me parece que sí, pero el- el policía que nos arrestó no se estuvo presentando a las cortes porque hizo cosas ilegales como, eh, no- paró- creo que paró al muchacho sin motivo y creo que entró al carro sin- sin permiso. Y estu- y estuvo el muchacho- porque yo hablaba con él- | 09:40 | BMB | Oh, y- I think so, but the- the police officer who arrested us didn't show up to the hearings because he did some illegal things like, uh, he didn't- he stopped- I think he stopped the guy without a reason and I think he got in the car without- without permission. And the guy was- was there- because I'd talk to him- |
| [OV] ¿Pero no- no se acuerda que le dieron sus- sus derechos a usted? | | AG3 | [OV] But you don't- don't remember they gave you your- your rights to you? |
| [OV] No. Creo que no. | | BMB | [OV] No. I don't think so. |
| [OV] *He doesn't remember.* | | AG3 | [OV] *He doesn't remember.* |
| *Alright, so, in America, if you are detained or arrested…* | | AG1 | *Alright, so, in America, if you are detained or arrested…* |
| *So*, aquí en Estados Unidos si está detenido o arrestado… | | AG3 | *So,* here in the United States, if you're detained or arrested… |
| *… p- and police want to talk to you…* | | AG1 | *… p- and police want to talk to you…* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| ... y los policías te quieren hablar sobre el caso… | | AG3 | … and the police wants to talk to you about the case… |
| *... we have to make- read you your rights.* | | AG1 | *... we have to make- read you your rights.* |
| … tenemos que leerte tus derechos. ¿Okey? | | AG3 | … we have to read you your rights. Okay? |
| *Do you understand?* | | AG1 | *Do you understand?* |
| Uh… | | BMB | Uh… |
| ¿Entiende? | | AG3 | Do you understand? |
| *It's the same thing in Oregon.* | | AG1 | *It's the same thing in Oregon.* |
| Es lo mismo en Oregon. | | AG3 | It's the same in Oregon. |
| Ah. | | BMB | Oh. |
| *Or- do you remember that?* | | AG1 | *Or- do you remember that?* |
| Pues, yo pienso que no, porque, sí, no se presentó nunca el policía cuando- | | BMB | Well, I don't think so, because, yeah, the police officer never showed up when- |
| [OV] No, pero, nomás es cuando le va a hacer preguntas. *So,* si lo paran, le van a hacer preguntas- | | AG3 | [OV] No, but, it's only when you're going to be asked questions. *So,* if they stop you, they're gonna ask you questions- |
| [OV] Ajá. | | BMB | [OV] Uh-huh. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [OV] … le tienen que su- que leer sus derechos, ¿okey? | | | [OV] … they have to your- to read you your rights, okay? |
| [OV] Eh, pues- | | BMB | [OV] Uh, well- |
| [OV] *To, e- everybody in the United States.* | | AG1 | [OV] *To, e- everybody in the United States.* |
| [OV] … cuando nos pararon- | | BMB | [OV] … when we got stopped- |
| [OV] Pero, nomás le estamos diciendo por ahorita, ¿okey? | | AG3 | [OV] But, we're just telling you for now, okay? |
| [OV] Ah, okey. | | BMB | [OV] Oh, okay. |
| [OV] En todo Estados Unidos tienen que leer sus derechos- | | AG3 | [OV] Everywhere in the United States they have to read your rights- |
| No me los has leído, ¿eh? | | BMB | You haven't read them to me, huh? |
| ¿Ah? | | AG3 | Huh? |
| No me los has leído. | 10:56 | BMB | You haven't read them to me. |
| [Risa] | | AG1 | [Laugh] |
| *Something we have to do to everybody. You know?* | | AG2 | *Something we have to do to everybody. You know?* |
| [OV] Es- esto lo que tenemos que hacer a personas que están detenidas o arrestadas. | | AG3 | [OV] It- it's what we have to do to people who are detained or arrested. |
| [OV] Ajá. | | BMB | [OV] Uh-huh. |
| [OV] *Following the checklist.* | | AG2 | [OV] *Following the checklist.* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [OV] Ah, está bien. | | BMB | [OV] Oh, alright. |
| [OV] Es- es procido aquí, que tenemos que hacer. | | AG3 | [OV] It's- it's procidure here, that we have to do. |
| *Procedure.* | | AG2 | *Procedure.* |
| [OV] *I don't speak Spanish, so he's gonna read it to you.* | | AG1 | [OV] *I don't speak Spanish, so he's gonna read it to you.* |
| Okey, yo te voy a leer los derechos y luego, uh, seguimos de ahí, ¿okey? | | AG3 | Okay, I'm gonna read you the rights and then, uh, we go from there, okay? |
| Mjm. | | BMB | Mm-hmm. |
| *If you- if you don't understand it, just tell- tell him you don't understand it, and we'll explain it.* | | AG1 | *If you- if you don't understand it, just tell- tell him you don't understand it, and we'll explain it.* |
| Si no entiendes lo que estoy diciendo o los derechos… | | AG3 | If you don't understand what I'm saying or the rights… |
| Mjm. | | BMB | Mm-hmm. |
| … me dices al último y te lo podemos exp- explicar. | | AG3 | … tell me at the end and we can exp- explain it to you. |
| Explicar, ajá. | | BMB | Explain, uh-huh. |
| ¿Okey? Okey, entonces dice, antes de hacer cualquier pregunta, es mi deber informarle sobre sus derechos. Tiene el derecho de permanecer en silencio. | 11:18 | AG3 | Okay? Okay, so it says, before asking you any questions, it is my duty to inform you about your rights. You have the right to remain silent. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Cualquier cosa que diga puede ser usada en su contra en un tribunal de justicia o en otro prociso [sic] judicial. Tiene el derecho de consultar con un abogado antes de hacer cualquier declaración o contestar cualquier pregunta. Tiene el derecho a que un abogado esté presente durante la integración [sic]. Si no puede pagar un abogado, se le difinirá [sic] uno antes de cualquier pregunta. Si usted desea. Si usted decide contestar las preguntas ahora, todavía tiene el derecho de de- detener el interrogación en cualquier momento o detener la integración [sic] para poder consultar con un abogado. ¿Okey? Le ha leído o alguna me ha leído esta declaración de mis derechos y he entendido cuáles son mis derechos. En este momento, estoy dispuesto de | | | Anything you say can be used against you in a court of law or in another court proceding [sic]. You have the right to consult with an attorney before making any statements or answering any questions. You have the right to have an attorney present during the integration [sic]. If you cannot pay for an attorney, one will be difined [sic] to you before any question. If you wish. If you decide to answer the questions now, you still have the right to st- stop the interrogation at any time or stop the integration [sic] to be able to consult with an attorney. Okay? You have read to or some has read to me this statement of my rights and I have understood what my rights are. At this time, I am willing to answer the questions without the witnessing [sic] of an attorney. Okay? |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| contestar las preguntas sin presenciar [sic] de un abogado. ¿Okey? | | | |
| Mjm. | | BMB | Mm-hmm. |
| ¿Sí entendió? | 12:15 | AG3 | Did you understand? |
| *Does he understand his rights?* | | AG1 | *Does he understand his rights?* |
| ¿Sí entiende lo que los dije? | | AG3 | Do you understand what I told you? |
| Sí. | | BMB | Yes. |
| *Is he comfortable talking to us without a lawyer?* | | AG1 | *Is he comfortable talking to us without a lawyer?* |
| [OV] ¿Eh, quiere hablar con nosotros, lo que le pregunten? | | AG3 | [OV] Uh, do you want to talk to us, what they ask you? |
| [OV] Ah, sí, está bien. No- no tengo problema con eso. | | BMB | [OV] Oh, yeah, that's fine. I don't- I don't have a problem with that. |
| [OV] Okey, sí. | | AG3 | [OV] Okay, yeah. |
| [OV] *So, he just has to… print his name…* | | AG1 | [OV] *So, he just has to… print his name…* |
| ¿Y no tienen como baño ahí? | 12:29 | BMB | And don't you guys have like a bathroom over there? |
| *Uh, no, but I can take him outside, um-* | | AG1 | *Uh, no, but I can take him outside, um-* |
| [OV] ¿Ocupa de usar baño? | | AG3 | [OV] Are you in need of bathroom? |
| [OV] Uh… sí, la neta, sí. | | BMB | [OV] Uh… yeah, honestly, I am. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [OV] ¿Nú- número 1 o número 2? | | AG1 | [OV] Nu- number 1 or number 2? |
| [OV] Uno. | | BMB | [OV] One. |
| [OV] *Alright. Uh, I'll see if they can get the bathroom ready right now.* | | AG1 | [OV] *Alright. Uh, I'll see if they can get the bathroom ready right now.* |
| [OV] Sí, está bien. | | BMB | [OV] Yeah, alright. |
| [OV] Uh, este es su nombre completo. Escribe la línea de arriba. | | AG3 | [OV] Uh, this is your full name. Write the top line. |
| Ajá… | | BMB | Uh-huh… |
| Y luego su firma y luego, aquí, el día hoy, que es el 4 de abril. | | AG3 | And then your signature and then, here, the day today, which is April 4. |
| [Escribe] Benjamín… Franklin, presidente. | | BMB | [Writes] Benjamin… Franklin, president. |
| [Risa] | | AG1 | [Laugh] |
| [UI]. Presidente ilegal. | | BMB | [UI]. Illegal president. |
| [Suspiro] | | AG1 | [Sigh] |
| [Campanilla] | 13:04 | | [Chime] |
| [OV] Nombre aquí… | | BMB | [OV] Name here… |
| [OV] *Let me step out.* | | AG1 | [OV] *Let me step out.* |
| [OV] Firma ahí. | | AG3 | [OV] Sign there. |
| ¿Firmo mi no- mi nombre? También tiene mi mismo nombre. [Escribe] | | BMB | Do I sign my na- my name? It also has my same name. [Writes] |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Como firmas… Y luego el- el día hoy que es el 4 de abril. Nomás, 4, 4… | | AG3 | However you sign… And then the- the day today which is April 4. Just 4, 4. |
| 0, 4… | | BMB | 0, 4… |
| Mjm. | | AG3 | Mm-hmm. |
| *Oh, yeah,* 4, 4. | | AG2 | *Oh, yeah,* 4, 4. |
| ¿0, 4? | | BMB | 0, 4? |
| Mjm. Y luego el año de 2023. | | AG3 | Mm-hmm. And then the year of 2023. |
| 2023. Ajá… | | BMB | 2023. Uh-huh… |
| Ya es todo. | | AG3 | That's it. |
| Okey. | | AG2 | Okay. |
| [OV] Póngase- | | AG1 | [OV] Get- |
| [OV] [UI]. | | BMB | [OV] [UI]. |
| *I'll sign.* | | AG2 | *I'll sign.* |
| ¿Me puedo ir a tirar el agua? | | BMB | Can I go pee? |
| *Are you cold?* | | AG2 | *Are you cold?* |
| ¿Tienes frío? | | AG3 | Are you cold? |
| Sí. | | BMB | Yes. |
| ¿Sí? ¿Entiendes inglés? ¿Poquito, más o menos? | | AG3 | Yes? Do you understand English? A little bit, more or less? |
| Ah, fíjate que sí, pos, poquito. | | BMB | Oh, you know, I do, well, a little bit. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [OV] Okey. Poquito. | | AG2 | [OV] Okay. A little bit. |
| [OV] Nada más lo normal. Nomás. Pero no mucho. | | BMB | [OV] Just for regular stuff. That's it. But not much. |
| *How's your face?* | | AG2 | *How's your face?* |
| ¿Te duele la cara? ¿Ya te chequearon? | | AG3 | Does your face hurt? Have you gotten checked? |
| Acá. | | BMB | Here. |
| ¿O- ocupa que te chequeen o no? | | AG3 | D- do you need to get checked or not? |
| Ya me checó, pero no dijeron nada. Me duele acá. Aquí, como donde- aquí, si me presiono. | 13:47 | BMB | He already checked me, but they didn't say anything. It hurts here. Here, like where- here, if I press it. |
| [OV] *Oh, okay.* | | AG2 | [OV] *Oh, okay.* |
| [OV] *Oh, just his side temple hurts.* | | AG3 | [OV] *Oh, just his side temple hurts.* |
| *Side temple hurts?* | | AG2 | *Side temple hurts?* |
| [OV] De- n'hombre, en una de esas se me zafó, no sé. | | BMB | [OV] Wh- no, man, it may just have been dislocated, I don't know. |
| [OV] [UI]- *Can you show-? Okay.* | | AG2 | [OV] [UI] *Can you show-? Okay.* |
| Y todo esto. | | BMB | And all of this. |
| [OV] *Scratches there…* | | AG2 | [OV] *Scratches there…* |
| [OV] Pero no creo- | | BMB | [OV] But I don't think- |
| *Okay, uh, easy. Alright. Uh…* | | AG2 | *Okay, uh, easy. Alright. Uh…* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Sí. | | BMB | Yeah. |
| *… we'll let you use the bathroom here in just a second. Let's see.* | | AG2 | *… we'll let you use the bathroom here in just a second. Let's see.* |
| Me lastimé más feo cuando crucé la frontera. | | BMB | I got hurt worse when I crossed the border. |
| *What did he say?* | | AG2 | *What did he say?* |
| *He's saying he got hurt more when- uh, less than when he crossed the border.* | | AG3 | *He's saying he got hurt more when- uh, less than when he crossed the border.* |
| [Risa] | | AG2 | [Laugh] |
| [Risa] | | BMB | [Laugh] |
| *When did you cross the border?* | | AG2 | *When did you cross the border?* |
| ¿Cuándo cru- cruzaste la frontera? | 14:22 | AG3 | When did you cro- cross the border? |
| Hace como 3 años. | | BMB | About 3 years ago. |
| ¿Tres años? | | AG3 | Three years? |
| *About 3 years ago?* | | AG2 | *About 3 years ago?* |
| ¿Por- por dónde entraron? | | AG3 | Where- where did you guys enter through? |
| Ah, por Sonora. Por- por Caborca. | | BMB | Oh, through Sonora. Through- through Caborca. |
| *Okay.* | | AG2 | *Okay.* |
| ¿Caborca? | | AG3 | Caborca? |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| *So, you were in Texas for a little bit?* | | AG2 | *So, you were in Texas for a little bit?* |
| ¿Estuviste en Texas poquito, entonces? | | AG3 | Were you in Texas for a little while, then? |
| Ah, me parece que en Phoenix. | | BMB | Uh, I think that in Phoenix. |
| *Oh, Phoenix? Okay.* | | AG2 | *Oh, Phoenix? Okay.* |
| Ajá. | | BMB | Uh-huh. |
| *Phoenix. How was the drive from Phoenix to-?* | | AG2 | *Phoenix. How was the drive from Phoenix to-?* |
| ¿De Phoenix manejaron pa' acá? | | AG3 | From Phoenix you guys drove here? |
| Duré 4 días en el cerro, caminando pa' poder pasar. | | BMB | I took me 4 days in the mountain, walking in order to cross. |
| ¿Cuatro días? | | AG3 | Four days? |
| Todos los pies los te- por eso los tengo así de madreados. Estaban cocidos. | | BMB | My entire feet were- that's why they're so fucked up. They were baked. |
| *Uff. Where was, uh, your final destination? So, you went to Phoenix, then how long were you in Phoenix?* | | AG2 | *Uff. Where was, uh, your final destination? So, you went to Phoenix, then how long were you in Phoenix?* |
| ¿Cuánto dur- tiempo estuviste en Phoenix? | | AG3 | How lo- much time were you in Phoenix? |
| Como 3 días. | | BMB | Like 3 days. |
| ¿Tres días? | | AG3 | Three days? |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Como 4, en lo que llegó un señor y me trajo hasta acá. No sé quién era. | | BMB | Like 4, while a man arrived and brought me all the way here. I don't know who he was. |
| Ah, okey. | | AG3 | Oh, okay. |
| *Is it 3 months?* | | AG2 | *Is it 3 months?* |
| *Three days.* | | AG3 | *Three days.* |
| [OV] *Three days?* | | AG2 | [OV] *Three days?* |
| [OV] *Three days in Phoenix.* | | AG3 | [OV] *Three days in Phoenix.* |
| [OV] *And then where did you go?* | | AG2 | [OV] *And then where did you go?* |
| [OV] ¿Y luego te venistes directamente pa' acá a Fresno o-? | 15:07 | AG3 | [OV] And then you came straight here to Fresno or-? |
| [OV] A- a- a- llegué a Oregon. A, este, a- ¿cómo se llama? A Bend, Oregon, a trabajar de *roofing*- | | BMB | [OV] To- to- to- I got to Oregon. To, um, to- what's it called? To Bend, Oregon, to work in *roofing.* |
| [OV] *Bend, Oregon?* | | AG2 | [OV] *Bend, Oregon?* |
| [OV] ¿A trabajar de *roofing* allá? | | AG3 | [OV] To work in *roofing* there? |
| [OV] En cuanto llegué. | | BMB | [OV] As soon as I got there. |
| Ya. ¿Y luego cómo te veniste pa' acá a Fresno? | | AG3 | I see. And then how did you come here to Fresno? |
| Uh… me- un amigo en Los Ángeles me trajo a- me dijo que si quería trabajar en la construcción. | | BMB | Uh… I- a friend in Los Angeles brought me to- asked me if I wanted to work in construction. |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [Regresa a sala de entrevistas] [Gruñido] | | AG1 | [Returns to interview room] [Grunt] |
| Me vine- me vine un tiempo con él. | | BMB | I came- I came with him for some time. |
| *Uh, let's get him to the bathroom, real quick. Alright, yeah.* | | AG1 | *Uh, let's get him to the bathroom, real quick. Alright, yeah.* |
| *If you need a bathroom…* | | AG2 | *If you need a bathroom…* |
| *Hey, Joe!* | | AG1 | *Hey, Joe!* |
| Ya, listo. | | AG3 | It's ready. |
| ¿Puedo dejar mi agua ahí o ya… ? | | BMB | Can I leave my water there or are we…? |
| Ahí puedes dejar el agua. | | AG3 | You can leave the water there. |
| ¿Ya- ya no vamos a regresar? | | BMB | Are- are we not coming back? |
| *Yeah, we'll go to the bathroom.* | | AG2 | *Yeah, we'll go to the bathroom.* |
| [Salen de sala de entrevistas] | 15:49 | | [All exit interview room] |
| *Yeah, we'll come back. We'll come back.* | | AG2 | *Yeah, we'll come back. We'll come back.* |
| [Fuera de cámara] *Uh, walk ov- tell him to walk over to the bridge, make a left, all the way [UI].* | | AG1 | [Off camera] *Uh, walk ov- tell him to walk over to the bridge, make a left, all the way [UI].* |
| [Voces ininteligibles en el fondo] | | | [Unintelligible voices in the background] |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [Fuera de cámara] *He's not cuffed, right?* | | AG1 | [Off camera] *He's not cuffed, right?* |
| [Fuera de cámara] *No.* | | AG2 | [Off camera] *No.* |
| [Fuera de cámara] *You run again, we have to tackle you.* | | AG1 | [Off camera] *You run again, we have to tackle you.* |
| [Voces ininteligibles en el fondo] | | | [Unintelligible voices in the background] |
| [Regresan a sala de entrevistas] | 20:38 | | [All return to interview room] |
| ¿Listo? | | AG1 | Ready? |
| ¡Ay, güey! Pica esa madre. | | BMB | Oh, shoot! That crap's prickly. |
| *You guys done?* | | UM1 | *You guys done?* |
| *No, he just had to go to the bathroom.* | | AG1 | *No, he just had to go to the bathroom.* |
| *Oh.* | | UM1 | *Oh.* |
| [Voces ininteligibles en el fondo] | | | [Unintelligible voices in background] |
| [Claxon] | | | [Horn] |
| Okey… *Okay, so, thank you for not running. I just, like-* | 20:53 | AG1 | Okay… *Okay, so, thank you for not running. I just, like-* |
| [Risa] | | BMB | [Laugh] |
| [Risa] | | AG2 | [Laugh] |
| [OV] *I didn't quite feel like running.* | | AG1 | [OV] *I didn't quite feel like running.* |
| [OV] *Thank you so much.* | | BMB | [OV] *Thank you so much.* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| [OV] Dijo que… no quiere co- perseguirlo. | | AG3 | [OV] He doesn't want to ru- chase you. |
| [OV] *Okay…* | | AG1 | [OV] *Okay…* |
| [Risa] *Ah, is okay.* | | BMB | [Laugh] *Ah, is okay.* |
| *Since- Like, do you understand your rights, though?* | | AG1 | *Since- Like, do you understand your rights, though?* |
| ¿Sí entendió lo de- de su papel que le dije que firmó? | | AG3 | You did understand what- what I told you about the paper you signed? |
| Ajá. | | BMB | Uh-huh. |
| *So, every time we leave the room, we have to do it again.* | | AG1 | *So, every time we leave the room, we have to do it again.* |
| Cada vez que dejamos el cuarto tenemos que regresar. Te los tengo que leer otra vez, ¿okey? | 21:16 | AG3 | Each time we leave the room we have to return. I have to read them to you again, okay? |
| Ah, okey. | | BMB | Oh, okay. |
| *Don't ask me why, um-* | | AG1 | *Don't ask me why, um-* |
| Él no sabe por qué, pero es parte del procido. | | AG3 | He doesn't know why, but it's part of the procidure. |
| *Uh, so give him the-* | | AG1 | *Uh, so give him the-* |
| Procedimiento. | | BMB | Procedure. |
| *Give him the same form… Read it with the, like-* | | AG1 | *Give him the same form… Read it with the, like-* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| *Yeah.* | | AG3 | *Yeah.* |
| *Yeah. Just-* | | AG2 | *Yeah. Just-* |
| *And then he has to sign it again?* | | AG3 | *And then he has to sign it again?* |
| *No, no, no. Just same one we got.* | | AG1 | *No, no, no. Just same one we got.* |
| [OV] *Yeah.* | | AG2 | [OV] *Yeah.* |
| [OV] *Okay.* | | AG1 | [OV] *Okay.* |
| [OV] ¿Agente especial de qué? | | BMB | [OV] Special agent of what? |
| De, uh, *Homeland Security.* | | AG1 | Of, uh, *Homeland Security.* |
| ¿*Homeland Security*? | | BMB | *Homeland Security*? |
| Es como, *um… like, national security, they do, uh, terrorists. How do you say terrorists, is it-?* | 21:35 | AG1 | It's like, *um… like, national security, they do, uh, terrorists. How do you say terrorists, is it-?* |
| Terroristas. Terroristas de- | | AG3 | Terrorists. Terrorists of- |
| *Uh-* de los terroristas, uh, drogas… | | AG1 | *Uh-* for the terrorists, uh, drugs… |
| Droga… | | AG3 | Drugs… |
| *Um, human trafficking…* | | AG1 | *Um, human trafficking…* |
| Tráfico de- de personas. | | AG3 | Trafficking of- of persons. |
| *Uh, weapons. Weapons trafficking…* | | AG1 | *Uh, weapons. Weapons trafficking…* |
| Ah. | | BMB | Oh. |
| Tráfico de armas y pistolas y todo eso. | | AG3 | Trafficking of weapons and firearms and all that. |
| *Yeah.* | | AG1 | *Yeah.* |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Okey. Te voy a leer otra vez. Antes de hacer cualquier pregunta, es mi deber informarle sobre sus derechos. Tiene derecho de permanecer en silencio. Cualquier cosa que diga puede usar [sic] en su contra en un tribunal de justicia o en otro proceso judicial. Tiene el derecho de consultar con un abogado antes de hacer cualquier declaración o contestar cualquier pregunta. Tiene el derecho a que un abogado esté presente durante la interrogación. Si no puede pagar un abogado, se le disignará [sic] uno antes de cualquier integración [sic], si usted desea. Si usted decide contestar las preguntas ahora, todavía tiene el derecho de detener la interrogación en cualquier momento o detener la integración [sic] en- para consultar con su abogado. ¿Okey? | 21:56 | **AG3** | Okay. I'm going to read you again. Before asking you any questions, it is my duty to inform you about your rights. You have the right to remain silent. Anything you say can use [sic] against you in a court of law or in another court proceeding. You have the right to consult with an attorney before making any statements or answering any questions. You have the right to have an attorney present during the interrogation. If you cannot pay for an attorney, one will be appainted [sic] to you before any integration [sic], if you wish. If you decide to answer the questions now, you still have the right to stop the interrogation at any time or stop the integration [sic] in- to consult with your attorney. Okay? |

| TRANSCRIPTION | TIME | SPEAKER | ENGLISH TRANSLATION/TRANSCRIPTION |
|---|---|---|---|
| Mjm. | | BMB | Mm-hmm. |
| [OV] *Good?* | 22:38 | AG1 | [OV] *Good?* |
| ¿Preguntas? | | AG3 | Questions? |
| [OV] Está bien. | | AG1 | [OV] Alright. |
| [OV] Okey. | | AG3 | [OV] Okay. |
| [OV] Okey. *You- you still okay talking?* | | AG1 | [OV] Okay. *You- you still okay talking?* |
| [OV] *Okay.* | | AG2 | [OV] *Okay.* |
| [OV] ¿Quiere hablarnos sobre lo que le van a preguntar ellos? | | AG3 | [OV] Do you want to talk to us about what they're going to ask you? |
| Mjm. | | BMB | Mm-hmm. |
| *Okay. Why did you run?* | 22:46 | AG1 | *Okay. Why did you run?* |
| ¿Por qué corristes en la mañana cuando te iban persiguiendo? | | AG3 | Why did you run in the morning when you were being chased? |
| Porque me asusté. | | BMB | Because I got scared. |
| *Uh, he said- he was scared.* | | AG3 | *Uh, he said- he was scared.* |
| *Of what?* | | AG1 | *Of what?* |
| Cuando entró un monstruon de esos a la casa… | | BMB | When one of those monstrous things entered the house. |
| ¿Entró un monstruon? *The-* | | AG3 | A monstrous thing entered? *The-* |
| [OV] Como, carrón, ese… | | BMB | [OV] Like, big ass car, that… |
| [OV] *Oh, like, the bearcat?* | | AG1 | [OV] *Oh, like, the bearcat?* |